# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VELVA PETERSON,**

       **Plaintiff,**

**v.**                                        **Case No: 6:14-cv-614-Orl-28TBS**

**COMENITY CAPITAL BANK,**

       **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed April 18, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 21, 2014 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED without prejudice.**

4. Plaintiff is granted leave to file an amended complaint within twenty-one (21) days from the date of this Order.

5. Failure to file an amended complaint within the time allowed herein will result in the closure of this file without further notice.

**DONE** and **ORDERED** in Orlando, Florida, on May 12, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties